1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )     Case No.: CR 00- 152-BR  JFW
                                     )
            Plaintiff,               )
                                     )
        vs.                          )     ORDER OF DETENTION AFTER HEARING
                                     )     [Fed.R.Crim.P. 32.1(a)(6);
Jason Nicholas Arnold                )         18 U.S.C. 3143(a)]
                                     )
                                     )
            Defendant.               )
                                     )

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

Central District of California for alleged violation(s) of the terms and

conditions of his [~~probation~~] [supervised release]; and

        The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by

clear and convincing evidence that he/~~she~~ is not likely to flee

if released under 18 U.S.C. § 3142(b) or (c).  This finding is

based on (1) ABSENCE of BACKGROUND INFORMATION PROVIDED; (2) THE

1  ABSENCE of Bail RESOURCES; AND (3) THS NATURS of THS

2  ALLEGATIONS IN THS Petition.

3

4  and the

5  B.   (V)   The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9  on (1) THS NATURS of THS Alleged violation; AND

10  (2) THS Defendant's criminal History.

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:  1/23/09

18

19

20  _____

    UNITES STATES MAGISTRATE JUDGE

21

22              CARLA M. WOEHRLE

23

24

25

26

27

28

2